DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
VICTOR AGUIRRE-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. Cr.S. 12-0050-JAM |
| Plaintiff, | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| VICTOR AGUIRRE-PEREZ, | Date: April 10, 2012 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for VICTOR AGUIRRE-PEREZ, that the status conference hearing date of March 27, 2012, be vacated, and the matter be set for status conference/change of plea on April 10, 2012, at 9:30 a.m..

The reason for the continuance is to allow defense counsel to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 10, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

///

1 Local Code T4 based upon continuity of counsel.

DATED:  March 13, 2012.                         Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

                                                /s/ Courtney Fein
                                                COURTNEY FEIN
                                                Assistant Federal Defender
                                                Designated Counsel for Service
                                                Attorney for VICTOR AGUIRRE-PEREZ

DATED:  March 13, 2012.                         BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Michele Beckwith
                                                MICHELE BECKWITH
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 27, 2012, status conference hearing be continued to April 10, 2012 at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 10, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   3/13/2012

                                                /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                United States District Court Judge